IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
RULE 32
WAIVER/AGREEMENT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) DOCKET NO. 3:25-CR-00187-KDB |
| vs. | ) |
| HUMBERTO GUZMAN LEMUS | ) |
| Defendant. | ) |

The parties agree to sentencing in this matter during the next available sentencing date and agree to waive any applicable time limits pursuant to Fed. R. Crim. P.32

_____     7/22/25
Assistant United States Attorney         Date

_____     7/22/25
Attorney for Defendant                          Date

_____     7/22/25
Defendant                                                Date